# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| **Richard E. McKibben,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-04020-CV-C-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed June 16, 2015 [Doc. 25]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed June 16, 2015 [Doc. 25] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $6,261.13.

                                                        */s/ John T. Maughmer*
                                                        **John T. Maughmer**
                                              **United States Magistrate Judge**